IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB T. BARTAKOVITS, on behalf of himself and others similarly situated, | |
| Plaintiff, | CIVIL ACTION |
| v. | CASE NO. 5:20-CV-01602 |
| WIND CREEK BETHLEHEM LLC d/b/a WIND CREEK BETHLEHEM, | *Electronically Filed* |
| Defendant. | |

**PLAINTIFF'S UNOPPOSED MOTION TO DIRECT CLASS NOTICE**
**AND GRANT PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e)(1), Plaintiff Jacob T. Bartakovits requests that the Court permit the issuance of notice to the classes of the proposed settlement (*see* Exhibit 1, Settlement Agreement), approve the form and manner of notice to the class (*see* Exhibit 2, Notice Materials), approve the narrowly tailored release of FLSA claims as a fair and reasonable resolution of a *bona fide* dispute, appoint Plaintiff's counsel as class counsel, appoint Analytics Consulting LLC to administer the class notice plan and to fulfill the duties of the Settlement Administrator as outlined in the Settlement Agreement, and schedule a final approval hearing to determine whether the Settlement Agreement should be finally approved.

Following a 12-hour mediation with the Hon. Thomas J. Rueter (Ret.) of JAMS, Plaintiff Bartakovits and Defendant Wind Creek Bethlehem, LLC ("Wind Creek") have agreed to a $6,000,000 class action settlement to resolve the claims of 3,152 class members. The common fund represents over 57% of the unpaid minimum wages alleged and results in estimated average payments over $2,088 to members of the Tip Credit Class and over $102 to members of the Gaming License Class (with over a third of class members being members of both classes). To

1

receive these payments, class members do not have to do anything; instead, settlement payments will be mailed without the need to file a claim form. In exchange for the settlement payments, class members will release only those claims that were or could have been asserted based on the facts alleged in the complaint. And only class members who negotiate their settlement checks will release FLSA claims. In Plaintiff's counsel's opinion, this is an exceptional result for class members and will provide meaningful, direct payments to class members.

In light of the foregoing and as more fully explained in the accompanying Memorandum of Law, Plaintiff submits that the Court will "likely be able to" grant final approval of the settlement under Rule 23(e)(1)(B)(i) and certify the classes for purposes of judgment under Rule 23(e)(1)(B)(ii).

Accordingly, Plaintiff respectfully requests that the Court grant this motion and enter the accompanying proposed order (Exhibit 3).

Dated:  March 12, 2021                     Respectfully submitted,

                                  **WEISBERG CUMMINGS, P.C.**
Derrek W. Cummings, Esq., PA Bar 83286
Larry A. Weisberg, Esq., PA Bar 83410
2704 Commerce Dr., Suite B
Harrisburg, Pennsylvania 17110
Telephone:     (717) 238-5707
Facsimile:      (717) 233-8133
dcummings@weisbergcummings.com
lweisberg@weisbergcummings.com

**STUEVE SIEGEL HANSON LLP**
*/s/ Alexander T. Ricke*
George A. Hanson, Esq., *pro hac vice*
Alexander T. Ricke, Esq., *pro hac vice*
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:     (816) 714-7100
Facsimile:      (816) 714-7101
hanson@stuevesiegel.com
ricke@stuevesiegel.com

**McCLELLAND LAW FIRM, P.C.**
Ryan L. McClelland, Esq., *pro hac vice*
Michael J. Rahmberg, Esq., *pro hac vice*
The Flagship Building
200 Westwoods Drive
Liberty, Missouri   64068-1170
Telephone:     (816) 781-0002
Facsimile:      (816) 781-1984
ryan@mcclellandlawfirm.com
mrahmberg@mcclellandlawfirm.com

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 12, 2021, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

                                  */s/ Alexander T. Ricke*

                            **ATTORNEY FOR PLAINTIFF**