IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JACOB T. BARTAKOVITS, on behalf of
himself and others similarly situated,

        Plaintiff,

        v.

WIND CREEK BETHLEHEM LLC
d/b/a WIND CREEK BETHLEHEM,

        Defendant.

CIVIL ACTION

CASE NO. 5:20-CV-01602

*Electronically Filed*

PLAINTIFF'S UNOPPOSED MOTION TO
GRANT FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23(e)(2), Plaintiff Jacob T. Bartakovits requests that the Court grant final approval of the class action settlement in this matter as fair, reasonable, and adequate, grant final class certification of the settlement classes because they stasify the requirements of Rule 23(a) and (b)(3), approve the tailored release of FLSA claims as a fair and reasonable resolution of a *bona fide* dispute, appoint Class Counsel to represent the settlement classes, appoint Analytics Consulting LLC to administer the settlement, and order the parties to abide by the Settlement Agreement (previously filed at ECF Doc. 37-3).

Following a 12-hour mediation with the Hon. Thomas J. Rueter (Ret.) of JAMS, Plaintiff Bartakovits and Defendant Wind Creek Bethlehem, LLC ("Wind Creek") have agreed to a $6,000,000 class action settlement to resolve the claims of 1,942 class members. The common fund represents over 57% of the unpaid minimum wages alleged and results in estimated average payments over $2,110 to members of the Tip Credit Class and over $182 to members of the Gaming License Class (with 68% of class members being members of both classes). To receive these payments, class members do not have to do anything; instead, settlement payments will be

1

mailed without the need to file a claim form. In exchange for the settlement payments, class members will release only those claims that were or could have been asserted based on the facts alleged in the complaint. And only class members who negotiate their settlement checks will release FLSA claims. No class members objected to the settlement and only six requested to be excluded.

In light of the foregoing and as more fully explained in the accompanying Memorandum of Law, Plaintiff submits that settlement is fair, reasonable, and adequate and that the settlement classes should be certified.

Accordingly, Plaintiff respectfully requests that the Court grant this motion and approve the settlement.

Dated:  October 18, 2021                              Respectfully submitted,

**WEISBERG CUMMINGS, P.C.**
Derrek W. Cummings, Esq., PA Bar 83286
Larry A. Weisberg, Esq., PA Bar 83410
2704 Commerce Dr., Suite B
Harrisburg, Pennsylvania 17110
Telephone:      (717) 238-5707
Facsimile:      (717) 233-8133
dcummings@weisbergcummings.com
lweisberg@weisbergcummings.com

**STUEVE SIEGEL HANSON LLP**
*/s/ Alexander T. Ricke*
George A. Hanson, Esq., *pro hac vice*
Alexander T. Ricke, Esq., *pro hac vice*
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:      (816) 714-7100
Facsimile:      (816) 714-7101
hanson@stuevesiegel.com
ricke@stuevesiegel.com

**McCLELLAND LAW FIRM, P.C.**
Ryan L. McClelland, Esq., *pro hac vice*
Michael J. Rahmberg, Esq., *pro hac vice*
The Flagship Building
200 Westwoods Drive
Liberty, Missouri   64068-1170
Telephone:      (816) 781-0002
Facsimile:      (816) 781-1984
ryan@mcclellandlawfirm.com
mrahmberg@mcclellandlawfirm.com

**CLASS COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2021, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

*/s/ Alexander T. Ricke*

**CLASS COUNSEL**

3